**No. 11-7737. Daniel Park, Petitioner v. United States.**

565 U.S. 1174, 132 S. Ct. 1119, 181 L. Ed. 2d 1010, 2012 U.S. LEXIS 705.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 649 F.3d 1175.

**No. 11-7845. Eddie Hill, Petitioner v. James Cross, Jr., Warden.**

565 U.S. 1174, 132 S. Ct. 1127, 181 L. Ed. 2d 1010, 2012 U.S. LEXIS 671.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 11-7890. In re Kris E. Helton, Petitioner.**

565 U.S. 1155, 132 S. Ct. 1129, 181 L. Ed. 2d 1010, 2012 U.S. LEXIS 697.

January 17, 2012. Petition for writ of habeas corpus denied.

**No. 11-8003. In re Alexis Ayala, Petitioner.**

565 U.S. 1155, 132 S. Ct. 1132, 181 L. Ed. 2d 1010, 2012 U.S. LEXIS 608.

January 17, 2012. Petition for writ of habeas corpus denied.

**No. 11-608. In re Rodulfo Rivera, Petitioner.**

565 U.S. 1155, 132 S. Ct. 1107, 181 L. Ed. 2d 1010, 2012 U.S. LEXIS 592.

January 17, 2012. Petition for writ of mandamus denied.

**No. 11-7400. In re Eddie Joe Bush, Petitioner.**

565 U.S. 1155, 132 S. Ct. 1109, 181 L. Ed. 2d 1010, 2012 U.S. LEXIS 663.

January 17, 2012. Petition for writ of mandamus denied.

**No. 11-7419. In re James Earl Butler, Petitioner.**

565 U.S. 1155, 132 S. Ct. 1111, 181 L. Ed. 2d 1010, 2012 U.S. LEXIS 699.

January 17, 2012. Petition for writ of mandamus denied.

**No. 10-8527. Michael Addison, Petitioner v. New Hampshire.**

565 U.S. 1174, 132 S. Ct. 1137, 181 L. Ed. 2d 1010, 2012 U.S. LEXIS 612.

January 17, 2012. Petition for rehearing denied.

Former decision, 563 U.S. 991, 131 S. Ct. 2444, 179 L. Ed. 2d 1215, 2011 U.S. LEXIS 3638.